FILED

OCT 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DARNELL HODGES, | No. 15-73084 |
| Petitioner, | D.C. No. 2:98-cr-169-RCJ-1<br>District of Nevada,<br>Las Vegas |
| v. | |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

Before: GOULD, BYBEE, and WATFORD, Circuit Judges.

    The parties' joint application and emergency motion seeking authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is granted.

    The Clerk shall serve this order and the joint application and emergency motion directly on the chambers of the Honorable Robert C. Jones.

SL/MOATT